1:19-cr-00204-JAW

## Synopsis

| | |
|---|---|
| **Name:** | Marc Karun |
| **Address:** (City & State Only) | Stetson, Maine |
| **Year of Birth and Age:** | 1965/54 |
| **Violations:** | **Count 1:** Possession of a Firearm by a Felon,18 U.S.C. 922(g)(1) (Class C Felony, 18 U.S.C. § 3559(b)(3)). |
| **Penalties:** | **Count 1:** Not more than 10 years imprisonment, a $250,000 fine, or both. 18 U.S.C. 924(a)(2); Class C Felony.  However, if the Court determines that the defendant is an armed career criminal, imprisonment for not less than 15 years under a fine not to exceed $250,000 or both.  18 U.S.C. § 924(e); Class A Felony. |
| **Supervised Release:** | **Count 1:** Not more than 3 years.  18 U.S.C. §3583(b)(2). If 18 U.S.C. § 924(e) applies, not more than 5 years. 18 U.S.C. § 3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** 2 years; 18 U.S.C.§ 3583(e)(3). If 18 U.S.C. § 924(e) applies, not more than 5 years; 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** 3 years, less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C.§ 3583(h).  If 18 U.S.C. § 924(e) applies, not more than 5 years less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | ATF, SA Justin Blais |
| **Detention Status:** | Currently in Connecticut state pre-trial detention; to appear by writ |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Penobscot |

| | |
|---|---|
| **AUSA:** | Ruge |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count; 18 U.S.C. § 3013(a)(2)(A) |