UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:19-cr-00204
)
MARC J. KARUN )

## CONDITIONAL PLEA
### (Rule 11(a)(2))

My plea of guilty is conditional in that I reserve the right, on appeal from the judgment herein, to have an appellate court review this Court's decision dated January 21, 2021 on my motion to suppress, this Court's decision dated July 19, 2021 on my motion to dismiss indictment, and this Court's decision dated August 16, 2023 on my motion to reopen the motion to suppress.

Date: 2/15/2024

_____
Marc J. Karun, Defendant

Date: 2/15/24

_____
Harris Mattson, Esq.
Attorney for Defendant

The government hereby consents to the defendant's conditional plea.

Date: 2/15/2024

_____
Chris Ruge
Assistant U.S. Attorney

The court hereby approves the defendant's conditional plea.

Date: 2/15/2024

_____
United States District Judge